Joseph V. Burns, as Receiver of Campagnoli & Co., Inc., Appellant, Impleaded with Another, *v.* William G. Maguire, Respondent.

Argued April 4, 1939; decided April 18, 1939.

*Eugene B. McAuliffe* and *David Saperstein* for appellant.

*Kenneth M. Spence* and *James H. Halpin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BEIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.